IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELMER CARL MARTIN, JR.                                      PLAINTIFF

        v.                      No. 04-2211

JO ANNE B. BARNHART, Commissioner
Social Security Administration                              DEFENDANT

## ORDER

Now on this 31st day of May 2006, there comes on for consideration the Magistrate Judge's Report and Recommendation filed on May 17, 2006 by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Docs. 15.) Plaintiff has filed written objections to the report and recommendation. (Doc. 18 (Docs. 16-17 appear to be duplicate written objections.))

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.

Accordingly, the Court awards Plaintiff attorney fees under the Equal Access to Justice Act for 25.05 (39.85 - 14.80) attorney hours, at the rate of $146.00 per hour, and for $47.50 in expenses, for a total attorney's fee award of $3,704.80. This amount will be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

IT IS SO ORDERED this 31st day of May 2006.

                                   /S/ Robert T. Dawson

                                   Robert T. Dawson
                                   United States District Judge

AO72A
(Rev. 8/82)